WILLIAM FITZGIBBONS, Respondent, v. THOMAS BOEPPLE, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents upon the grounds: *First.* That the verdict is contrary to and against the weight of the evidence. *Second.* That there is no sufficient evidence to establish the plaintiff's adverse possession of the triangular piece of land in question, or of the practical location by the parties of a boundary line claimed by the plaintiff. *Third.* That the trial court erred in rejecting the evidence of ancient maps made by persons indifferent between the parties, and well-authenticated copies of such maps, and the proof offered that the plaintiff had not paid the water frontage tax on the lands claimed by adverse possession. *Fourth.* That it is unjust and inequitable to take from the defendant lands that will deprive him of a frontage of at

least sixty feet, to which he is entitled by occupation and under deeds of record for over sixty years. *Fifth.* That there was no evidence upon which the jury could find $100 damages for the use of the small parcel of property in dispute.